# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV12-01397 JAK (PLAx) | Date | June 21, 2012 |
| Title | Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al. v. Edmund Simoes Lopes | | |

Present: The Honorable  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:      (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On June 20, 2012, Plaintiffs filed "Notice of Tentative Settlement" (Dkt. 17).  The Court sets an Order to Show Cause re Dismissal for July 16, 2012 at 1:30 p.m.  If the parties file a dismissal by July 12, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

Defendant's motion to transfer (Dkt. 10) and the Scheduling Conference, currently set for June 25, 2012, are taken off calendar.

Plaintiff shall give telephonic notice of this Order to pro se Defendant.

**IT IS SO ORDERED.**

                                                                                              _____ : _____

                                              Initials of Preparer    ak